# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>Frank Ross Talbert<br><hr>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.  3:24-cr-00092 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Frank Ross Talbert
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Arms Export Control Act Import Violation, in violation of 22 U.S.C. § 2778(b)(2); Smuggling Goods into the United States, in violation of 18 U.S.C. § 545; Firearms Trafficking, in violation of 18 U.S.C. § 933(a)(1); Possession of a Machine Gun, in violation of 18 U.S.C. § 922(0); Transporting Prohibited Weapons without a License, in violation of 18 U.S.C. § 922(a)(4); and Dealing in Firearms without a License, in violation of 18 U.S.C. § 922(a)(1)(A).

Date:   5/1/2024

_____
*Issuing officer's signature*

City and state:   Nashville, TN

_____
*Printed name and title*

RECEIVED 2024 MAY -2 PM 12: 20 U.S. MARSHAL'S SERVICE (075) MIDDLE TENNESSEE

### Return

This warrant was received on *(date)* 5/2/24 , and the person was arrested on *(date)* 5/2/24
at *(city and state)* NASHVILLE, TN .

Date:   5/2/24

_____
*Arresting officer's signature*

CHARLES POPHAM, ATF SA
*Printed name and title*