UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK ROSS TALBERT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:24-CR-00092<br>Judge Richardson |

NOTICE OF INTENT TO DECLINE FORFEITURE

The United States of America respectfully gives notice that the partially destroyed 7.62x39mm caliber, AK47-type firearm kit identified for forfeiture in the Indictment at Docket Entry No. 3 will not be judicially forfeited. Special Agent Charles Popham advised the undersigned on August 4, 2026, that the firearm was purchased by the Bureau of Alcohol, Tobacco, Firearms and Explosives.

Therefore, the United States Attorney's Office for the Middle District of Tennessee declines forfeiture of the firearm. The investigative agency will handle disposition of the firearm and address the claim of any rightful owner.

For this reason, no further forfeiture proceedings are necessary at this time as to the firearm.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney for the
Middle District of Tennessee

s/ Stephanie N. Toussaint
STEPHANIE N. TOUSSAINT
Assistant United States Attorney
719 Church Street, Suite 3300

Nashville, Tennessee 37203-6940
Telephone: (615) 736-5151
Email: Stephanie.Toussaint@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August 2026 a copy of the foregoing *Notice of Intent to Decline Forfeiture* was filed electronically. Notice of this filing will be sent to all counsel of record via email by operation of the Court's electronic filing system.

s/ Stephanie N. Toussaint
STEPHANIE N. TOUSSAINT